UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREL ESPINOSA,<br><br>    Plaintiff,<br><br>    v.<br><br>INCOME, INC, et al.,<br><br>    Defendants. | No. 2:16-mc-0056 KJM CKD PS<br><br><br><br>ORDER |

    This action was opened as a miscellaneous action because plaintiff is subject to a vexatious litigant order requiring prefiling screening of plaintiff's complaints.  After review of the lodged complaint and the applicable standards and pertinent law, the court finds that the complaint does not merit filing.

    Accordingly, IT IS HEREBY ORDERED that The Clerk of Court is directed not to file the lodged complaint and to close the above-titled miscellaneous action.

Dated: March 24, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 espinosa-income0056.vex.pfr